

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00379-CV

### Trial Court No. 12-2467-C/B

**Martha N. Hill and Gary Hill**

**Vs.**

**Winnon Earl Sword**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Joseph G Chumlea |
| Motion fee | $10.00 | Amanda  Ellis |
| Motion fee | $10.00 | Joseph G Chumlea |
| Motion fee | $10.00 | Misty  Buckingham |
| Clerk's record | $271.70 | Scott Ritcheson |
| Clerk's record | $531.30 | Joe Chumlea |
| Indigent | $25.00 | Joseph G Chumlea |
| Required Texas.gov efiling fee | $20.00 | Joseph G Chumlea |
| Supreme Court chapter 51 fee | $50.00 | Joseph G Chumlea |
| Filing | $100.00 | Joseph G Chumlea |
| **TOTAL:** | $1,043.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 7th day of December 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk